UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY D. BATTEN<br>                    Plaintiff,<br><br>        v.<br><br>ALASKA COPPER COMPANIES, INC., *et al.*<br><br>                    Defendants. | Case No.: 2:26-cv-00838-JHC<br><br>ORDER GRANTING CONSENT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT HARRIS THERMAL TRANSFER PRODUCTS, INC., ONLY |

Before the Court is Plaintiff's Rule 41(a)(2) motion to dismiss one defendant—Harris Thermal Transfer Products, Inc. ("Harris Thermal")—without prejudice.  Dkt. # 192.  Harris Thermal consents to the motion, which Plaintiff represents is unopposed by any party.  Accordingly, the Court GRANTS Plaintiff's motion and dismisses all claims against Defendant Harris Thermal Transfer Products, Inc. (and that defendant only). *See* FED. R. CIV. P. 41(a)(2).

DATED this 23rd day of April, 2026.

John H. Chun
United States District Judge