UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY D. BATTEN<br><br>                    Plaintiff,<br><br>        v.<br><br>ALASKA COPPER COMPANIES, INC., *et al.*<br><br>           Defendants. | Case No.: 26-cv-838-JHC<br><br><br>ORDER |

Before the Court are Plaintiff Troy D. Batten's Motion to Remand (Dkt. # 180) and Defendant John Crane Inc.'s Cross-Motion to Remand (Dkt. # 211).  As it appears that no party object to remand of this matter, the Court ORDERS this case to be REMANDED to King County Superior Court.

DATED this 8th day of May, 2026.

John H. Chun
United States District Judge